IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01868-RPM

ROY SABA,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

---

### ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 15, 2010, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 7, 2010.**

The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

Dated: August 11th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge