THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2010-cv-1868 RPM-CBS

ROY SABA

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation of Dismissal with Prejudice [10] filed on December 8, 2010, it is

ORDERED that the above-captioned action is dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED this 10th day of December, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge